**Order filed April 29, 2014**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00206-CV
_____

**SEMPRA ENERGY TRADING, LLC, Appellant**

**V.**

**RICHARD HOLMES, Appellee**

___

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-22519**

___

## O R D E R

The clerk's record was filed April 17, 2014 . Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Defendant's (Sempra Energy's) Motion for Judgment Notwithstanding the Verdict and Alternative Motion to Disregard Some of the Jury's Answers. Sempra Energy dated 12/04/2012.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before May 5, 2014, containing Defendant's (Sempra Energy's) Motion for Judgment Notwithstanding the Verdict and Alternative Motion to Disregard Some of the Jury's Answers. Sempra Energy dated 12/04/2012.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM